1  **EDWARD A. KUNNES** (SBN 160632)
   **FIDELITY NATIONAL LAW GROUP**
2  **The Law Division of Fidelity National Title Group, Inc.**
   100 North Wiget Lane, Suite 150
3  Walnut Creek, California 94598
   Telephone:  (925) 930-9550
4  Facsimile:    (925) 930-9588

5
   Attorneys for
6  FIDELITY NATIONAL TITLE INSURANCE COMPANY;
   FIDELITY NATIONAL TITLE GROUP, INC.;
7  FIDELITY NATIONAL LAW GROUP and
   GLEN OLIVES
8

9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13  In re                                )   Bankruptcy Case: 11-12469
                                         )
14  PAT NOBRIGA and,                     )   Case No. C-12-00907 JSW
    LEE NOBRIGA,                         )
15                                       )
                                         )
16                                       )   CORPORATE DISCLOSURE
                        *Debtors.*        )   STATEMENT
17  _____ )

18      Fidelity National Title Insurance Company is a subsidiary of Fidelity

19  National Title Group, Inc. which is owned by the publically traded company

20  Fidelity National Financial, Inc. (FNF).  Fidelity National Law Group is the

21  law division of Fidelity National Title Group, Inc.

22
    Dated:      March 16, 2012                 /s/ Edward Kunnes
23                                        _____
                                          EDWARD KUNNES
24                                        Attorney for **FIDELITY
                                          NATIONAL TITLE INSURANCE
25                                        COMPANY;
                                          FIDELITY NATIONAL TITLE
26                                        GROUP, INC.;FIDELITY
                                          NATIONAL LAW GROUP and
27                                        GLEN OLIVES**

28